

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CLARK                                                                 PLAINTIFF

VERSUS                    CIVIL ACTION NO.4:05cv35TSL-JMR

NORTH HILLS MANOR                                          DEFENDANT

### ORDER OF DISMISSAL

On March 1, 2006, Plaintiff filed a Notice of Voluntary Dismissal without prejudice in this matter. This Notice is unopposed and the Court is desirous that this matter be finally closed on its docket;

IT IS, THEREFORE, ORDERED that this case is hereby dismissed without prejudice as to all parties.

SO ORDERED, this the 13th day of June, 2006.

_____
UNITED STATES MAGISTRATE JUDGE