IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MISSISSIPPI EASTERN DIVISION

JUDY CLARK, and individual,
TAMMY SNOW-BENTON, an individual,
and MORGAN SNOW, a minor child, and
ETHAN SNOW, a minor child                                                      PLAINTIFFS

VS.                                                   CIVIL ACTION NO. 4:05-CV-35TSL-AGN

NORTH HILLS MANOR APARTMENTS,
INTERSTATE REALTY MANAGEMENT
COMPANY, E. JAMES HENDERSON, JR.,
PATRICIA SERGEANT AND JAMES L.
BLEILER                                                                        DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

This cause having come on this day for hearing on Motion Ore Tenus of the parties by and through counsel and move this Honorable Court to enter its Order of Dismissal with Prejudice on the grounds that a full final settlement, accord and satisfaction has been reached by and between the parties and there no longer remains any issues to be determined by the Court and the Court being otherwise fully advised in the premises is of the opinion that said Motion Ore Tenus for Dismissal With Prejudice is well taken and should be granted.

IT IS THEREFORE ACCORDINGLY ORDERED AND ADJUDGED that this action shall be and is hereby dismissed with prejudice with each of the parties to bear their respective costs.

SO ORDERED AND ADJUDGED on this the   30th   day of November, 2006.


/s/ Tom S. Lee
UNITED STATES DISTRICT COURT JUDGE

**APPROVED AND AGREED TO BY:**


<u>**/s/ Stephen W. Mullins**</u>
**Attorney for Plaintiffs**

**STEPHEN W. MULLINS. ESQUIRE**
**Mississippi Bar No. 9772**
**LUCKEY & MULLINS, PLLC.**
**2016 Bienville Boulevard, Suite 102**
**Post Box 724**
**Ocean Springs, Mississippi 39566-0724**
**Telephone:    (228) 875-3175**
**Facsimile:     (228) 872-4719**



<u>**/s/ Suzanne N. Saunders**</u>
**Attorney for Defendants**

**SUZANNE N. SAUNDERS, ESQUIRE**
**Mississippi Bar No. 6479**
**SAUNDERS LAW FIRM, P.A.**
**348-A North Liberty Street**
**Canton, Mississippi 39046**
<u>**Mail:**</u>
**Post Office Box 16295**
**Jackson, Mississippi 39236-6295**
**Telephone:    (601) 407-1889**
**Facsimile:     (601) 407-1892**


**Order prepared by:**

Suzanne N. Saunders, Esquire
SAUNDERS LAW FIRM, P. A.
3348-A North Liberty Street
Canton, Mississippi 39046
<u>Mail:</u>
Post Office Box 16295
Jackson, Mississippi 39236-6295
Telephone:    (601) 407-1889
Facsimile:     (601) 407-1892
ssaunders@saunderslaw.net